appeals, section 2966, Revised Code of 1928. The question presented is whether under this section an appeal lies from the decision of the commissioner to the land department and, if it does, whether notice thereof must be given within twenty days following the rendition of a decision by the commissioner. These identical questions were presented and considered in the case of *Moeur et al.* v. *Chiricahua Ranches Co., ante,* p. 226, 61 Pac. (2d) 163, just decided, and it is not necessary to do more than refer to the holding therein. It is decisive of the issues raised in this appeal.

Upon the authority of the views expressed in that case, the judgment of the trial court making the alternative writ of prohibition restraining the state land department from canceling leases issued to the petitioner, Roy Gill, under date of November 1, 1934, on certain state lands, absolute, is hereby affirmed.

LOCKWOOD, C. J., and ROSS, J., concur.

[Civil No. 3816.  Filed October 5, 1936.]

[60 Pac. (2d) 1119.]

THAD M. MOORE, Plaintiff, v. JAMES H. KERBY, as Secretary of State, Defendant.

Mr. C. T. McKinney, for Plaintiff.

Mr. John L. Sullivan, Attorney General, and Mr. W. Francis Wilson, Assistant Attorney General, for Defendant.

PER CURIAM.—The legal questions involved in the present case are precisely the same as those in the case of *Brooks* v. *Kerby, ante,* p. 194, 60 Pac. (2d) 1074, just decided.

On the authority of that case, the alternative writ of *mandamus* heretofore issued is made peremptory, and the defendant is directed to issue a certificate of nomination as an independent candidate for the office of tax commissioner to the plaintiff.

[Civil No. 3815.  Filed October 5, 1936.]

[60 Pac. (2d) 1119.]

FRANK LUKE, Plaintiff, v. JAMES H. KERBY, as Secretary of State, Defendant.

Mr. Emmet M. Barry, for Plaintiff.

Mr. John L. Sullivan, Attorney General, and Mr. W. Francis Wilson, Assistant Attorney General, for Defendant.

PER CURIAM.—The legal questions involved in the present case are precisely the same as those in the case of *Brooks* v. *Kerby, ante,* p. 194, 60 Pac. (2d) 1074, just decided.

On the authority of that case, the alternative writ of *mandamus* heretofore issued is made peremptory and the defendant is directed to issue a certificate of nomination as an independent candidate for the office of tax commissioner to the plaintiff.